■ In the Matter of FAXTON-ST. LUKE's HEALTHCARE, INC., Respondent, for the Appointment of a Guardian of the Person and Property of CAESAR A., an Alleged Incapacitated Person. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. [879 NYS2d 775]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Bernadette T. Romano, J.), entered September 23, 2008 in a proceeding pursuant to article 81 of the Mental Hygiene Law. The order and judgment, among other things, appointed respondent as the guardian of the person and property of Caesar A., an alleged incapacitated person.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.

■ ROBIN ADAIR et al., Respondents, v MUNICIPAL UTILITY COMMISSION OF THE VILLAGE OF BATH, Doing Business as BATH ELECTRIC, GAS AND WATER SYSTEMS, et al., Appellants. [879 NYS2d 776]—Appeal from an order of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered May 5, 2008 in a breach of contract action. The order denied defendants' motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.